John Brosnan
848 North Rainbow Boulevard #1643
Las Vegas, NV 89107
702.516.1622:Tel
johnbrosnanlegal@gmail.com : email
johnbrosnanlegal@gmail.com : fax

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN, | CASE NUMBER : |
| Plaintiff, | REQUEST FOR DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANT FIRST FRANKLIN CORPORATION |
| v. | |
| FIRST FRANKLIN FINANCIAL CORPORATION AND DOES 1 - 9, | |
| Defendants. | |

Plaintiff John Brosnan requests that the court  DISMISS WITHOUT PREJUDICE the defendant FIRST FRANKLIN FINANCIAL CORPORATION.

November 24, 2009 _____/s/_____ John Brosnan_____

PROOF OF SERVICE - I Robert Jacobsen, am over the age of 18 and not a party to the within action; my business address is: P.O. Box 1386, Lafayette, CA 94549.  On November 24, 2009, in Lafayette, CA, I served the following document(s) by deposit with the United States Postal Service in a postage paid, sealed envelope.  I served the following document(s): REQUEST FOR DISMISSAL WITHOUT

1
REQUEST FOR DISMISSAL OF DEFENDANT

PREJUDICE AGAINST DEFENDANT FIRST FRANKLIN CORPORATION .  Service was to the following : Stuart B. Wolfe, 2175 N. California Blvd., Suite 415, Walnut Creek, California 94596.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  _____

2

REQUEST FOR DISMISSAL OF DEFENDANT