John Brosnan
848 North Rainbow Boulevard #1643
Las Vegas, NV 89107
702.516.1622:Tel
johnbrosnanlegal@gmail.com : email
johnbrosnanlegal@gmail.com : fax

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
12/2/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN, <br><br> Plaintiff, <br><br> v. <br><br> FIRST FRANKLIN FINANCIAL CORPORATION AND DOES 1 - 9, <br><br> Defendants. | CASE NUMBER : C09-03487-JW <br><br> REQUEST FOR DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANT FIRST FRANKLIN CORPORATION |

    Plaintiff John Brosnan requests that the court DISMISS WITHOUT PREJUDICE the defendant FIRST FRANKLIN FINANCIAL CORPORATION.

November 24, 2009      /s/     John Brosnan

PROOF OF SERVICE - I Robert Jacobsen, am over the age of 18 and not a party to the within action; my business address is: P.O. Box 1386, Lafayette, CA 94549. On November 24, 2009, in Lafayette, CA, I served the following document(s) by deposit with the United States Postal Service in a postage paid, sealed envelope. I served the following document(s): REQUEST FOR DISMISSAL WITHOUT

1

REQUEST FOR DISMISSAL OF DEFENDANT

PREJUDICE AGAINST DEFENDANT FIRST FRANKLIN CORPORATION . Service was to the following : Stuart B. Wolfe, 2175 N. California Blvd., Suite 415, Walnut Creek, California 94596. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. _____

IT IS SO ORDERED:

The Court terminates any remaining pending deadlines, hearings, and motions. The Clerk shall close this file.

Dated: December 2, 2009

_____
United States District Court

THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIEVERD TO:

John Brosnan
848 North Rainbow Boulevard
#1643
Las Vegas, NV 89107

Dated: December 2, 2009                    /s/ Elizabeth Garcia_____
                                           Courtroom Deputy